DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Gibboney v. Wachovia Bank, N.A.<br><br>Case below:<br>174 N.C. App. 834 | No. 005P06 | 1.  Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1636)<br><br>2.  Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 8/17/06<br><br>2. Dismissed as Moot 8/17/06<br><br>**Martin, J., Recused** |
| Gilreath v. N.C. Dep't Health & Human Servs.<br><br>Case below:<br>177 N.C. App. 499 | No. 310A06 | 1. Def's NOA (Dissent) (COA05-940)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's PWC to Review Decision of COA | 1. ——<br><br>2. Denied 8/17/06<br><br>3. Denied 8/17/06 |
| Hammonds v. Lumbee River Elec. Membership Corp.<br><br>Case below:<br>178 N.C. App. 1 | No. 385P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-733) | Denied 8/17/06 |
| Harco Nat'l Ins. Co. v. BDO Seidman, LLP<br><br>Case below:<br>178 N.C. App. 234 | No. 374P06 | 1.  Def's PDR Under N.C.G.S. § 7A-31 (COA05-1429)<br><br>2.  Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 8/17/06<br><br>2. Dismissed as Moot 8/17/06 |
| Harris v. Matthews<br><br>Case below:<br>176 N.C. App. 189 | No. 479P05-2 | 1. Def's (Clifford J. Matthews, Jr.) NOA Based Upon a Constitutional Question (COA05-28-2)<br><br>2. Plts' Motion to Dismiss Appeal<br><br>3. Def's (Clifford J. Matthews, Jr.) PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed 8/17/06<br><br>3. Allowed 8/17/06<br><br>**Martin, J., Recused** |